**Serres, Ellen**

---

| | |
|---|---|
| **From:** | cmecfautosender@flsd.uscourts.gov |
| **Sent:** | Thursday, April 9, 2020 10:10 AM |
| **To:** | flsd_cmecf_notice@flsd.uscourts.gov |
| **Subject:** | Activity in Case 0:17-cv-60907-FAM Federal Trade Commission et al v. Marcus et al Order on Motion for Miscellaneous Relief |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 4/9/2020 at 10:10 AM EDT and filed on 4/9/2020
**Case Name:**   Federal Trade Commission et al v. Marcus et al
**Case Number:**   0:17-cv-60907-FAM
**Filer:**
**WARNING: CASE CLOSED on 03/26/2018**
**Document Number:** 490(No document attached)

**Docket Text:**
**PAPERLESS ORDER granting *nunc pro tunc* [485] Receiver's Second Motion to Extend Receivership and for Order of Reappointment. The Receiver is reappointed and the deadline for the Receiver to complete his administration of the Receivership is *extended through, and no later than, September 30, 2020.* Signed by Judge Federico A. Moreno on 4/9/2020. (km02)**

**0:17-cv-60907-FAM Notice has been electronically mailed to:**

Adam Jason Steinberg    adam@adamsteinberglaw.com, judi@adamsteinberglaw.com, robyn@adamsteinberglaw.com, vanessa@adamsteinberglaw.com

Amanda Elizabeth Finley    afinley@sequorlaw.com, ngonzalez@sequorlaw.com

Angeleque P. Linville    alinville@ftc.gov

Barry Seth Turner    barry.turner@dunnlawpa.com, mzucker@dunnlawpa.com, rbasnueva@dunnlawpa.com

Diana M. Joskowicz     JoskowiczD@ballardspahr.com

Gregory Matthew Garno     ggarno@gjb-law.com, chopkins@gjb-law.com, gjbecf@ecf.courtdrive.com, gjbecf@gjb-law.com, vlambdin@gjb-law.com

Irina Rebeca Sadovnic     isadovnic@gjb-law.com, hgray@gjb-law.com

Jonathan Perlman     jperlman@gjb-law.com, cmonzon@gjb-law.com, eserres@gjb-law.com, gjbecf@ecf.courtdrive.com

Mariaelena Gayo-Guitian     mguitian@gjb-law.com, chopkins@gjb-law.com, gjbecf@ecf.courtdrive.com, vlambdin@gjb-law.com

Mark S. Kokanovich     KokanovichM@ballardspahr.com

Maurice Belmont VerStandig     mac@mbvesq.com, molly@mbvesq.com

Melanie J. Vartabedian     VartabedianM@ballardspahr.com

Michael Bild     mbild@gjb-law.com, cmonzon@gjb-law.com, lpiotrowski@gjb-law.com

Michael A Friedman     mfriedman@gjb-law.com, btraina@gjb-law.com, cmonzon@gjb-law.com, gjbecf@ecf.courtdrive.com, jsardina@gjb-law.com, mrodriguez-salva@gjb-law.com

Nicholas Steven Agnello     nagnello@burr.com, flservice@burr.com, rzamora@burr.com

Peter D. Hardy     HardyP@ballardspahr.com

Peter W. Homer     phomer@homerbonner.com, jgarcia@homerbonner.com

Ronnie Adili     ronnie.adili@myfloridalegal.com

Ryann H. Flack     ryann.flack@myfloridalegal.com, laura.gomez@myfloridalegal.com

Terence M. Grugan     Grugant@ballardspahr.com

Valerie M. Verduce     vverduce@ftc.gov

**0:17-cv-60907-FAM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

110 Glouchester ST, LLC
300 Royal Plaza Drive
Fort Lauderdale, FL 33301

Cockburn & Associate LLC
c/o Seth E. Ellis, Registered Agent
4755 Technology Way #205
Boca Raton, FL 33431

HP Media, Inc.

c/o Seth E. Ellis, Registered Agent
4755 Technology Way, #205
Boca Raton, FL 33431

Omni Management Partners LLC
c/o Seth E. Ellis, Registered Agent
4755 Technology Way, #205
Boca Raton, FL 33431

White Light Media LLC
c/o Incorporation Service, Inc.
3773 Howard Hughes Pkwy
Suite 500S
Las Vegas, NV 89169-6014

Craig Davis Smith
7399 Brunswick Circle
Boynton Beach, FL 33472

James Marcus
6665 Green Valley Circle, Unit 222
Culver City, CA 90230

Teresa Duda
110 Glouchester St.
Boca Raton, FL 33487

Yisbet Segrea
5020 Canal Drive
Lake Worth, FL 33463